UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL A. BACON,<br><br>                              Plaintiff<br>v.<br><br>CORE CIVIC, et al.,<br><br>                              Defendants | Case No.  2:20-cv-00914-JAD-VCF<br><br>*and related cases* |
| JOHNNY DUNNY,<br><br>                              Plaintiff<br>        v.<br>CORE CIVIC, et al.,<br><br>                              Defendants | Case No.  2:20-cv-01252-KJD-DJA |
| JOHN DAVID NAGEL,<br><br>                              Plaintiff<br>        v.<br>CORE CIVIC, et al.,<br><br>                              Defendants | Case No.  2:20-cv-01279-GMN-DJA |
| TYRONE JOHNSON,<br><br>                              Plaintiff<br>        v.<br>CORE CIVIC, et al.,<br><br>                              Defendants | Case No.  2:20-cv-01309-RFB-NJK |

**REASSIGNMENT ORDER**

The presiding district judges in these actions have individually and collectively determined that these actions are related because they involve civil-rights claims regarding the COVID-19 pandemic and the Nevada Southern Detention

Center, that there is good cause to reassign them to a single district judge under Local Rule 42-1(b), and that transfer will promote judicial efficiency and not result in prejudice to the parties.

**IT IS THEREFORE ORDERED** that the following cases:

2:20-cv-01252-KJD-DJA

2:20-cv-01279-GMN-DJA

2:20-cv-01309-RFB-NJK

**are reassigned** to District Judge Jennifer A. Dorsey and Magistrate Judge Cam Ferenbach, **and all future pleadings must so reflect.**

Dated September 7, 2021

_____
U.S. District Kent J. Dawson

_____
U.S. District Judge Gloria M. Navarro

_____
U.S. District Judge Richard F. Boulware

_____
U.S. District Judge Jennifer A. Dorsey

2